BSREP US 3333 Broadway LLC, Plaintiff-Respondent,
against
Marisel Perez, Defendant-Appellant.




Defendant appeals from a judgment of the Civil Court of the City of New York, New York County (Carolyn Walker-Diallo, J.), entered on or about November 30, 2018, after a nonjury trial, in favor of plaintiff and awarding it damages in the principal sum of $5,173.47.




Per Curiam.
Judgment (Carolyn Walker-Diallo, J.), entered on or about November 30, 2018, affirmed, without costs.
We sustain the judgment in plaintiff-landlord's favor upon the trial of this plenary action for unpaid rent against defendant, the former tenant of a Manhattan apartment. A fair interpretation of the trial evidence, including the parties' 2014-2015 renewal lease and the rent ledger, supports the trial court's finding that the defendant owed plaintiff rent arrears for the period May 1, 2015 to October 31, 2015. Defendant's lease obligations were not suspended based upon her claimed economic hardship. 
Defendant's challenge to the affidavit of nonmilitary service is both unpreserved for appellate review (see Diarrassouba v Consolidated Edison Co. of NY Inc., 123 AD3d 525 [2014]) and unavailing, since no default judgment was entered (see Energy Coop. of Am., Inc. v Luigi's Family Bakery, Inc., 170 AD3d 1629, 1630 [2019]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: November 25, 2019